

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00217-CV

Jay G. **CRISWELL**,
Appellant

v.

**U-HAUL MCO 874** aka U-HAUL Moving and Storage of Wurzbach,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-12524
Honorable Nadine Melissa Nieto, Judge Presiding

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Irene Rios, Justice
    Velia J. Meza, Justice

Delivered and Filed: June 3, 2026

DISMISSED

On March 17, 2026, appellant filed his notice of appeal. On April 28, 2026, appellant filed a motion to voluntarily dismiss this appeal stating that he "no longer intends to pursue this appeal."

After consideration, appellant's motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

PER CURIAM